**B1 (Official Form 1)(4/10)**

# United States Bankruptcy Court
## Southern District of New York

**Voluntary Petition**

| | |
|---|---|
| **Name of Debtor** (if individual, enter Last, First, Middle):<br>Marrs Electric Sales Co., Inc. | **Name of Joint Debtor** (Spouse) (Last, First, Middle): |
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all)<br>13-3543886 | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>30 Grove Avenue<br>New Rochelle, NY<br>ZIP Code 10801 | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP Code |
| County of Residence or of the Principal Place of Business:<br>Westchester | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>P.O. Box 282<br>Yonkers, NY<br>ZIP Code 10705 | Mailing Address of Joint Debtor (if different from street address):<br>ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

### Type of Debtor
(Form of Organization)
(Check one box)

- ☐ Individual (includes Joint Debtors)
  *See Exhibit D on page 2 of this form.*
- ■ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

### Nature of Business
(Check one box)

- ☐ Health Care Business
- ■ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ☐ Other

**Tax-Exempt Entity**
(Check box, if applicable)

- ☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

### Chapter of Bankruptcy Code Under Which the Petition is Filed (Check one box)

- ☐ Chapter 7
- ☐ Chapter 9
- ■ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13
- ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

### Nature of Debts
(Check one box)

- ☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- ■ Debts are primarily business debts.

### Filing Fee (Check one box)

- ■ Full Filing Fee attached
- ☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- ☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

### Chapter 11 Debtors
Check one box:
- ☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- ■ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- ■ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,343,300 *(amount subject to adjustment on 4/01/13 and every three years thereafter)*.

Check all applicable boxes:
- ☐ A plan is being filed with this petition.
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

### Statistical/Administrative Information

- ■ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

**THIS SPACE IS FOR COURT USE ONLY**

**Estimated Number of Creditors**

| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

**Estimated Assets**

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

**Estimated Liabilities**

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

| Voluntary Petition *(This page must be completed and filed in every case)* | Name of Debtor(s): Marrs Electric Sales Co., Inc. |
|---|---|

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet) |||
|---|---|---|
| Location Where Filed: - None - | Case Number: | Date Filed: |
| Location Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet) |||
|---|---|---|
| Name of Debtor: - None - | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) <br><br> ☐ Exhibit A is attached and made a part of this petition. | (To be completed if debtor is an individual whose debts are primarily consumer debts.) <br><br> I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b). <br><br> X_____ <br> Signature of Attorney for Debtor(s)      (Date) |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box)

■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

| Voluntary Petition *(This page must be completed and filed in every case)* | Name of Debtor(s): Marrs Electric Sales Co., Inc. |
|---|---|

**Signatures**

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

### Signature of Attorney*

X  /s/ Robert L. Rattet
Signature of Attorney for Debtor(s)

Robert L. Rattet
Printed Name of Attorney for Debtor(s)

Rattet Pasternak, LLP
Firm Name

550 Mamaroneck Avenue
Suite 510
Harrison, NY 10528
Address

(914) 381-7400  Fax: (914) 381-7406
Telephone Number

August 18, 2011
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X  /s/ Jean Suwal
Signature of Authorized Individual

Jean Suwal
Printed Name of Authorized Individual

President
Title of Authorized Individual

August 18, 2011
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person, or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## Southern District of New York

In re   Marrs Electric Sales Co., Inc.
Debtor(s)

Case No.
Chapter   11

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1)<br>*Name of creditor and complete mailing address including zip code* | (2)<br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br>*Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5)<br>*Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| General Electric Company<br>Consumer & Indust. Prod. Div.<br>721 Visions Drive<br>Skaneateles, NY 13152 | General Electric Company<br>Consumer & Indust. Prod. Div.<br>721 Visions Drive<br>Skaneateles, NY 13152 | | Disputed | 329,723.93 |
| Kings Super Market, Inc.<br>700 Lanidex Plaza<br>Parsippany, NJ 07054 | Kings Super Market, Inc.<br>700 Lanidex Plaza<br>Parsippany, NJ 07054 | | Disputed | 96,000.00 |
| Hartz Mountain Corp.<br>P.O. Box 14974<br>Chicago, IL 60693 | Hartz Mountain Corp.<br>P.O. Box 14974<br>Chicago, IL 60693 | | | 25,274.33 |
| Sterilite Corp.<br>P.O. Box 8001<br>Townsend, MA 01469-8001 | Sterilite Corp.<br>P.O. Box 8001<br>Townsend, MA 01469-8001 | | | 17,986.32 |
| HFC Inc. d/b/a Handi Foil<br>135 E. Hintz Road<br>Wheeling, IL 60090 | HFC Inc. d/b/a Handi Foil<br>135 E. Hintz Road<br>Wheeling, IL 60090 | | | 13,504.45 |
| NY Merchants Protective Co.<br>75 West Merrick Rd.<br>Freeport, NY 11520 | NY Merchants Protective Co.<br>75 West Merrick Rd.<br>Freeport, NY 11520 | | | 10,837.95 |
| Feit Electric Co.<br>4901 Gregg Road<br>Pico Rivera, CA 90660 | Feit Electric Co.<br>4901 Gregg Road<br>Pico Rivera, CA 90660 | | | 7,272.64 |
| Krass, Snow & Schmutter<br>419 Park Avenue So.<br>New York, NY 10016 | Krass, Snow & Schmutter<br>419 Park Avenue So.<br>New York, NY 10016 | | | 2,152.00 |

**B4 (Official Form 4) (12/07) - Cont.**

In re  Marrs Electric Sales Co., Inc.          Case No.  _____
                   Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

      I, the President of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date  August 18, 2011         Signature  /s/ Jean Suwal
                                                              Jean Suwal
                                                              President

*Penalty for making a false statement or concealing property*: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

# United States Bankruptcy Court
## Southern District of New York

In re: Marrs Electric Sales Co., Inc., Debtor

Case No. _____

Chapter 11

# LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with Rule 1007(a)(3) for filing in this chapter 11 case.

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| Fred Suwal<br>P.O. Box 540<br>Hopewell Junction, NY 12533 | | 2750 shares (25%) | |
| Jean Suwal<br>P.O. Box 282<br>Yonkers, NY 10705 | | 4500 shares (50%) | |
| Nadine Suwal Corbin<br>48 Club Drive<br>Roslyn Heights, NY 11577 | | 2750 shares (25%) | |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the President of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date August 18, 2011

Signature /s/ Jean Suwal
Jean Suwal
President

*Penalty for making a false statement or concealing property*: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C §§ 152 and 3571.

0 continuation sheets attached to List of Equity Security Holders

# United States Bankruptcy Court
## Southern District of New York

In re   Marrs Electric Sales Co., Inc.    Case No.
                          Debtor(s)        Chapter    11

# VERIFICATION OF CREDITOR MATRIX

I, the President of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:   August 18, 2011                    /s/ Jean Suwal
                                           Jean Suwal/President
                                           Signer/Title

ANTHONY ORZA
450 BLINN ROAD
CROTON ON HUDSON, NY 10520


BREAD FACTORY, LLC
30 GROVE AVENUE
NEW ROCHELLE, NY 10801


ELLER MEDIA NKA CLEAR CHANNEL
41 COLUMBUS AVENUE
NEW ROCHELLE, NY 10801


EXPEDITORS R US, INC.
445 PARK AVENUE
NEW YORK, NY 10022


FEIT ELECTRIC CO.
4901 GREGG ROAD
PICO RIVERA, CA 90660


FRED SUWAL
PO BOX 540
HOPEWELL JUNCTION, NY 12533


GENERAL ELECTRIC COMPANY
CONSUMER & INDUST. PROD. DIV.
721 VISIONS DRIVE
SKANEATELES, NY 13152


GENERAL ELECTRIC COMPANY
C/O DAVID J. MAGNARELLI, ESQ.
5111 WEST GENESEE STREET
CAMILLUS, NY 13031


HARTZ MOUNTAIN CORP.
P.O. BOX 14974
CHICAGO, IL 60693


HFC INC. D/B/A HANDI FOIL
135 E. HINTZ ROAD
WHEELING, IL 60090


INTERNAL REVENUE SERVICE
P.O. BOX 7346
PHILADELPHIA, PA 19101-7346

JASCO PRODUCTS CO.
311 NW 122ND STEET
OKLAHOMA CITY, OK 73114

JASCO PRODUCTS CO.
C/O KAZLOW & KAZLOW
237 WEST 35TH STREET
NEW YORK, NY 10001

JEAN SUWAL
PO BOX 282
YONKERS, NY 10705

KAY DEE DESIGNS, INC.
177 SKINK HILL ROAD
HOPE VALLEY, RI 02832

KINGS SUPER MARKET, INC.
700 LANIDEX PLAZA
PARSIPPANY, NJ 07054

KRASS, SNOW & SCHMUTTER
419 PARK AVENUE SO.
NEW YORK, NY 10016

LB INTERNATIONAL, INC.
150 ENGINEERS ROAD
SYOSSET, NY 11791

LB INTERNATIONAL, INC.
C/O PITNICK & MARGOLIN, LLP
6800 JERICHO TURNPIKE
SYOSSET, NY 11791

MARRS ELECTRIC SALES PENSION
C/O JEAN SUWAL
PO BOX 482
YONKERS, NY 10705

NADINE CORBIN
48 CLUB DRIVE
ROSLYN HEIGHTS, NY 11577

NEWELL RUBBERMAID
C/O SACKS & ASSOCIATES
99 COURT STREET
WHITE PLAINS, NY 10601


NEWELL RUBBERMAID INC.
29 EAST STEPHENSON STREET
FREEPORT, IL 61032


NY MERCHANTS PROTECTIVE CO.
75 WEST MERRICK RD.
FREEPORT, NY 11520


NY MERCHANTS PROTECTIVE CO.
PO BOX 242
VALLEY STREAM, NY 11582


NYC DEPARTMENT OF FINANCE
345 ADAMS STREET, 3RD FLOOR
ATTN: LEGAL AFFAIRS DIVISION
BROOKLYN, NY 11201-3719


NYS DEPT OF TAX & FINANCE
BANKRUPTCY/SPECIAL PROCEDURE
P.O. BOX 5300
ALBANY, NY 12205


NYS UNEMPLOYMENT INS. FUND
P.O. BOX 551
ALBANY, NY 12201


OFFICE OF THE US TRUSTEE
SOUTHERN DISTRICT OF NEW YORK
33 WHITEHALL STREET, 21ST FLR
NEW YORK, NY 10004


ORT TRUCK REPAIRS
627 TIFFANY STREET
BRONX, NY 10474


PLUS MARK, INC.
1 AMERICAN ROAD
CLEVELAND, OH 44144

QUICKIE MANUFACTURING
C/O FRANK GOLDSTEIN & NAGER
1430 BROADWAY 1615
NEW YORK, NY


QUICKIE MANUFACTURING CORP.
1550 TAYLORS LANE
CINNAMINSO, NJ 08077


ROBINOWTIZ COHLAN DUBOW
199 MAIN STREET
WHITE PLAINS, NY 10601


STERILITE CORP.
P.O. BOX 8001
TOWNSEND, MA 01469-8001


TAX COLLECTOR, NEW ROCHELLE
P.O. BOX 5022
WHITE PLAINS, NY 10602


UNITED STATES ATTORNEY
ONE ST. ANDREW'S PLAZA
CLAIMS UNIT-ROOM 417
NEW YORK, NY 10007


US DEPT. OF LABOR
EMPLOYEE BENEFITS SEC. ADMIN.
33 WHITEHALL ST, SUITE 1200
NEW YORK, NY 10004

**United States Bankruptcy Court**
**Southern District of New York**

In re   Marrs Electric Sales Co., Inc.                                          Case No.
                                                    Debtor(s)                   Chapter    11

# STATEMENT REGARDING AUTHORITY TO SIGN AND FILE PETITION

I, Jean Suwal, declare under penalty of perjury that I am the President of Marrs Electric Sales Co., Inc., and that the following is a true and correct copy of the resolutions adopted by the Board of Directors of said corporation at a special meeting duly called and held on the 18th day of August, 2011.

"Whereas, it is in the best interest of this corporation to file a voluntary petition in the United States Bankruptcy Court pursuant to Chapter 11 of Title 11 of the United States Code;

Be It Therefore Resolved, that Jean Suwal, President of this Corporation, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a chapter 11 voluntary bankruptcy case on behalf of the corporation; and

Be It Further Resolved, that Jean Suwal, President of this Corporation is authorized and directed to appear in all bankruptcy proceedings on behalf of the corporation, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the corporation in connection with such bankruptcy case, and

Be It Further Resolved, that Jean Suwal, President of this Corporation is authorized and directed to employ Robert L. Rattet, attorney and the law firm of Rattet Pasternak, LLP to represent the corporation in such bankruptcy case."

Date   August 18, 2011                              Signed   */s/ Jean Suwal, President*
                                                             Jean Suwal

Resolution of Board of Directors
of
Marrs Electric Sales Co., Inc.

Whereas, it is in the best interest of this corporation to file a voluntary petition in the the United States Bankruptcy Court pursuant to Chapter 11 of Title 11 of the United States Code;

Be It Therefore Resolved, that Jean Suwal, President of this Corporation, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a chapter 11 voluntary bankruptcy case on behalf of the corporation; and

Be It Further Resolved, that Jean Suwal, President of this Corporation is authorized and directed to appear in all bankruptcy proceedings on behalf of the corporation, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the corporation in connection with such bankruptcy case, and

Be It Further Resolved, that Jean Suwal, President of this Corporation is authorized and directed to employ Robert L. Rattet, attorney and the law firm of Rattet Pasternak, LLP to represent the corporation in such bankruptcy case.

| | |
|---|---|
| Date 8/18/11 | Signed /s/ Jean Suwal, President |
| August 18, 2011 | Jean Suwal |
| Date | Signed |